UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JASON HACKER )<br>　　　　Plaintiff, )<br>　v. )<br>　　　　　　　　　　　　　　　)<br>N. BURL CAIN, et al )<br>　　　　　　　　　　　　　　　)<br>　　　　Defendants, )<br>　　　　　　　　　　　　　　　) | Docket No. 14-063-JWD-SCR |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Jason Hacker, and defendants the State of Louisiana, the Louisiana Department of Public Safety and Corrections, the Louisiana State Penitentiary at Angola, Governor Bobby Jindal, Secretary James Leblanc, and Warden Burl Cain who move this Court for entry of the attached Protective Order.

WHEREFORE, the parties request that this Court enter the Protective Order attached hereto.

Respectfully submitted,

　_/s/ Tunde Animashaun_　　　　　　　　　　_/s/ John Adcock_　　　
TUNDE M. ANIMASHAUN　　　　　　　　JOHN ADCOCK
Louisiana Bar No. 19287　　　　　　　　　Louisiana Bar No. 30372
Louisiana Department of Justice　　　　　P.O. Box 750621
Litigation Division　　　　　　　　　　　　New Orleans, LA 70175
1885 N. Third Street – Fourth Floor　　　Tel: (504) 233-3125
P.O. Box 94005　　　　　　　　　　　　　Fax: (504) 322-3843
Baton Rouge, LA 70804-9005　　　　　　Email: jnadcock@gmail.com
T: (225) 326-6300
F: (225) 326-6495　　　　　　　　　　　_Counsel for Plaintiff_
Email: anima-shaunt@ag.state.la.us

1

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2015, a copy of the *Joint Motion for Entry of a Protective Order* was transmitted to counsel for defendants, Tunde Animashaun, by electronic mail at anima-shaunt@ag.state.la.us.

                                             _/s/ John Adcock_____
                                             John Adcock