

# Invoice

Tulane University Medical School
1430 Tulane Ave
SL-69
New Orleans, LA 70112

Invoice # Hacker2
Date: February 24, 2015

Phone: 504-988-5805
Fax: 504-988-2684
E-mail: nsnipes@tulane.edu

To: Tunde M. Animashaun
Assistant Attorney General
Department of Justice - Civil Rights Section Litigation Division
1885 North Third Street - 4th Floor
Baton Rouge, Louisiana 70802
(225) 326-6401 Telephone
(225) 326-6495 Facsimile
e-mail address: anima-shaunt@ag.state.la.us

Payable To:

ADMINISTRATORS OF TULANE EDUCATIONAL FUND
PETER R. KASTL, M.D., PhD
1430 TULANE AVE
SL69
NEW ORLEANS, LA 70112

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Previous Amount: 01/30/2015 Independent Medical Examination Fee for review of medical records, telephone meetings and preparation of written reports. | 1 | $500/hr | $500.00 |
| 02/25/2015: Independent Medical Examination Fee for review of medical records, and preparation of written reports. | 1 | $500/hr | $500.00 |
| | | TOTAL | $1000.00 |

Tulane Tax Identification Number is 72-0423889

All Professional fees are to be paid prior to the release of any written reports, telephone discussions, etc.

You agree that payment for any additional clinical fees will be rendered within 25 days of receipt of bill and that such payment is the responsibility of your law firm.

Thank you for your business!