UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JASON HACKER | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Docket No. 14-063-JWD-EWD |
| N. BURL CAIN, et al | ) |
| Defendants, | ) |

**PLAINTIFF'S AFFIDAVIT OF SETTLEMENT EFFORTS**

NOW INTO COURT, comes Plaintiff's counsel to provide an Affidavit of Settlement Efforts.

1. Plaintiffs' counsel has personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. On November 16, 2016, Plaintiff's counsel sent to Defendants' counsel a settlement offer. The offer was a good faith attempt to settle this lawsuit, and covered fees, costs, and damages.

3. On November 29, 2016, at 3:00 p.m., Plaintiff's counsel and Defendants' counsel held a phone conference and discussed settlement.

4. Defense counsel has related this settlement offer to the defendants.

1

Respectfully submitted,

  /s/ Nicholas Trenticosta
NICHOLAS TRENTICOSTA
Louisiana Bar No. 18475
Herrero & Trenticosta
7100 St. Charles Avenue
New Orleans, LA 70118
Tel:  (504) 864-0700
Fax:  (504) 864-0780
Email:  nicktr@bellsouth.net

  /s/ John Adcock
JOHN ADCOCK
Louisiana Bar No. 30372
P.O. Box 750621
New Orleans, LA 70175
Tel: (504) 233-3125
Fax: (504) 322-3843
Email:  jnadcock@gmail.com

  /s/ William Most
WILLIAM MOST
Louisiana Bar  No. 36914
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2016, a copy of *Plaintiff's Affidavit of Settlement Efforts* was filed electronically with the Clerk of Court via the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

    /s/John Adcock
John Adcock