UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JASON HACKER

v.

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 14-63-JWD-EWD

## JURY VERDICT FORM

**The first part of the Jury Verdict Form relates to the Plaintiff's claims arising out of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act.**

INTERROGATORY NO. 1

Do you find that Mr. Hacker proved by a preponderance of the evidence that he suffered from a qualified disability under the ADA/RA before he received eye surgery?

_____ Yes ___✓___ No

(If you marked "Yes," proceed to Interrogatory No. 2. If you marked "no," proceed to Interrogatory No. 5.)

INTERROGATORY NO. 2

Do you find that the Defendants proved by a preponderance of the evidence that Plaintiff Jason Hacker has failed to exhaust his administrative remedies for his ADA/RA claim?

_____ Yes _____ No

(If you answered "No" to Interrogatory No. 2, proceed to Interrogatory No. 3. If you answered "Yes" to Interrogatory No. 2, please proceed to Interrogatory No. 5.)

INTERROGATORY NO. 3

    Part A

Do you find that any of the following Defendant entities failed to make reasonable accommodations or modifications for Mr. Hacker's disability, **OR** that Mr. Hacker was denied access to services, programs, or activities for which the defendants are responsible, or that he was otherwise discriminated against by the Defendant entities under the ADA/RA?

The Louisiana Department of Corrections: \_\_\_\_\_ Yes \_\_\_\_\_ No

Louisiana State Penitentiary (Angola): \_\_\_\_\_ Yes \_\_\_\_\_ No

(If you answered "Yes" to Interrogatory No. 3(a) with respect to any Defendant entity, please proceed to Interrogatory No. 3(b). If you answered "No" to Interrogatory No. 3(a) with respect to all Defendant entities, please proceed to Interrogatory No. 5.)

    Part B

Do you find that it was on the basis of his disability?

The Louisiana Department of Corrections: \_\_\_\_\_ Yes \_\_\_\_\_ No

Louisiana State Penitentiary (Angola): \_\_\_\_\_ Yes \_\_\_\_\_ No

(If you marked "Yes" with respect to any defendant entity, proceed to Interrogatory No. 4. If you marked "No," as to all defendant entities, then proceed to Interrogatory No. 5.)

INTERROGATORY NO. 4

What sum of money do you find the Plaintiff Mr. Hacker should be awarded in compensatory damages for the harm the Defendants caused him under the ADA/RA?

AMOUNT $_____

(Please proceed to Interrogatory No. 5).

**The following Interrogatories relate to the Plaintiff's claims arising out of the Eighth Amendment.**

INTERROGATORY NO. 5

Do you find that the Plaintiff has proven by a preponderance of the evidence that any of the Individual Defendants, through their supervision of others, subjected Plaintiff to deliberate medical indifference by delaying Plaintiff's cataract surgery in violation of the Eighth Amendment?

Burl Cain: _____ Yes ___✓___ No

James LeBlanc: _____ Yes ___✓___ No

(Please proceed to Interrogatory No. 6.)

INTERROGATORY NO. 6

Do you find that any of the Individual Defendants, through their supervision of others, were deliberately indifferent to Plaintiff's medical needs by requiring Mr. Hacker to do manual work in the field that was dangerous because he had a visual impairment?

Burl Cain: _____ Yes ___✓___ No

James LeBlanc: _____ Yes ___✓___ No

(Please proceed to Interrogatory No. 7.)

INTERROGATORY NO. 7

Do you find that any of the Individual Defendants, through their supervision of others, were deliberately indifferent to Plaintiff's medical needs by requiring Mr. Hacker to do manual work in the license tag plant that was dangerous because he had a visual impairment?

Burl Cain: _____ Yes ___✓___ No

James LeBlanc: _____ Yes \_\_✓\_\_ No

(If you answered "no" to Interrogatories 5, 6, **and** 7 with respect to **all** Defendants, please STOP, sign and date the verdict form, and hand it to the CSO. If you answered "yes" to **either** Interrogatories 5, 6, **or** 7, with respect to **any** Defendant, please proceed to Interrogatory No. 8.)

INTERROGATORY NO. 8

Part A

If you have found that any of the Defendants subjected Plaintiff to deliberate medical indifference in violation of the Eighth Amendment, do you find that any of the following Defendants are entitled to **qualified immunity** on Plaintiff's claim that relates to his **delayed surgery**?

Burl Cain: _____ Yes _____ No

James LeBlanc: _____ Yes _____ No

(Please proceed to Interrogatory No. 8(b).)

Part B

If you have found that any of the Defendants subjected Plaintiff to deliberate medical indifference in violation of the Eighth Amendment, do you find that any of the following Defendants are entitled to **qualified immunity** on Plaintiff's claim that relates to the fact **he was required to work in the field in spite of his visual impairment**?

Burl Cain: _____ Yes _____ No

James LeBlanc: _____ Yes _____ No

(Please proceed to Interrogatory No. 8(c).)

Part C

If you have found that any of the Defendants subjected Plaintiff to deliberate medical indifference in violation of the Eighth Amendment, do you find that any of the following Defendants are entitled to **qualified immunity** on Plaintiff's claim that relates to the fact **he was required to work in the license tag plant in spite of his visual impairment**?

Burl Cain: _____ Yes _____ No

James LeBlanc: _____ Yes _____ No

(If you answered "Yes" as to **all** the Defendants with respect to Interrogatory No. 8(a), (b), **and** (c), please STOP, sign and date the verdict form, and hand it to the CSO. If you answered "No" as to one or more of the Defendants on **either** Interrogatory No. 8(a), (b), **or** (c), please proceed to Interrogatory No. 9.)

INTERROGATORY NO. 9

Part A

Do you find Plaintiff Jason Hacker is entitled to compensatory damages for any of the Defendants' deliberate indifference to his serious medical needs?

_____ Yes _____ No

Part B

If you answered, "Yes," please state how much money you award the Plaintiff in compensatory damages.

Amount: $_____

(Please proceed to Interrogatory No. 10.)

INTERROGATORY NO. 10

Part A

Do you find that Plaintiff is entitled to an award of punitive damages against any of the Individual Defendants for their deliberate indifference to the Plaintiff's serious medical needs?

Burl Cain: _____ Yes _____ No

James LeBlanc: _____ Yes _____ No

(If you answered "Yes" as to one or more of the Individual Defendants in Part A, please proceed to Part B. If you answered "No" with respect to **all** Defendants, please STOP, sign and date the verdict form, and hand it to the CSO.)

Part B

Please write amount of punitive damages you feel fair under the circumstances. Please only answer with respect to the Individual Defendants you marked "Yes" to in Part A.

Burl Cain: $_____

James LeBlanc: $_____

(Please sign and date the verdict form and hand it in to the CSO).

Signatures of Jury Members with Date: