UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JASON HACKER (#383727)

CIVIL ACTION

VERSUS

NO. 14-063-JWD-EWD

N. BURL CAIN, ET AL.

## JUDGMENT

This matter came before the Court for a trial by jury beginning on January 30, 2017. On February 1, 2017, the Court granted Defendants' Rule 50 motion that dismissed John Bel Edwards individually and in his official capacity as the Governor of State of Louisiana, and the parties agreed to dismiss the State of Louisiana in this matter. On February 2, 2017, the jury rendered its verdict and found (1) that Mr. Hacker failed to prove by a preponderance of the evidence that he suffered from a qualified disability under the ADA/RA before he received eye surgery, (2) that the Plaintiff failed to prove by a preponderance of the evidence that neither of the Individual Defendants, Burl Cain nor James LeBlanc, through their supervision of others, subjected Plaintiff to deliberate medical indifference by delaying Plaintiff's cataract surgery in violation of the Eighth Amendment, and (3) that Plaintiff failed to prove that neither of the Individual Defendants, Burl Cain nor James LeBlanc, through their supervision of others, were deliberately indifferent to Plaintiff's medical needs by requiring Mr. Hacker to do manual work in the field that was dangerous because he had a visual impairment and (4) that Plaintiff failed to prove that neither of the Individual Defendants, Burl Cain nor James LeBlanc, through their supervision

of others, were deliberately indifferent to Plaintiff's medical needs by requiring Mr. Hacker to do manual work in the license tag plant that was dangerous because he had a visual impairment.

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is hereby rendered in favor of the Defendants, State of Louisiana, Louisiana Department of Public Safety and Corrections ("DPSC"), Louisiana State Penitentiary at Angola ("LSP"), Burl N. Cain, individually and in his official capacity as Warden of the Louisiana State Penitentiary ("Cain"), James M. LeBlanc, individually and in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections ("Sec. LeBlanc"), and John Bel Edwards individually and in his official capacity as the Governor of State of Louisiana against the Plaintiff, Jason Hacker, (DOC # 383727), dismissing this matter with prejudice.

Signed in Baton Rouge, Louisiana, on February 6, 2017.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA