### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA

_____

|  |  |
|---|---|
| JASON HACKER | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| N. BURL CAIN, et al | ) |
| | ) |
| Defendants, | ) |

Docket No. 14-063-JWD-EWD

_____

### MOTION FOR A NEW TRIAL AND
### RENEWED JUDGMENT AS A MATTER OF LAW

NOW INTO COURT, through undersigned counsel, comes the Plaintiff Jason Hacker who respectfully requests that this Court grant judgment as a matter of law or, in the alternative, a new trial. The reasons are set out in the accompanying Memorandum in Support.

WHEREFORE, Plaintiff requests that this motion be granted.

Respectfully submitted,

 _/s/ John Adcock_____
JOHN ADCOCK
Louisiana Bar No. 30372
P.O. Box 750621
New Orleans, LA 70175
Tel: (504) 233-3125
Fax: (504) 322-3843
Email:  jnadcock@gmail.com

 _/s/ William Most_____
WILLIAM MOST
La. Bar No. 36914
201 St. Charles Ave., Ste 114 #101
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2017, a copy of Plaintiff's *MOTION FOR A NEW TRIAL AND RENEWED JUDGMENT AS A MATTER OF LAW* was filed electronically with the Clerk of Court via the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

 */s/William Most*
William Most